# Third District Court of Appeal

## State of Florida

Opinion filed October 1, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0770
Lower Tribunal No. 23-4594-CC-23
_____

## Abraham Benenson and Diana Benenson,
Appellants,

vs.

## Alla Marchenko,
Appellee.

An Appeal from the County Court for Miami-Dade County, Caryn Schwartz, Senior Judge.

Abraham Benenson and Diana Benenson, in proper persons.

Law Offices of Andre G. Raikhelson and Andre G. Raikhelson (Boca Raton), for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Diana Minina a/k/a Diana Benenson and Farid Aghayev a/k/a Abraham

Benenson ("Tenants"), the defendants below, appeal the trial court's final judgment awarding Alla Marchenko ("Landlord"), the plaintiff below, damages in the total sum of $15,075.00 for the Tenants' default in payment of rent under the parties' lease agreement.

We summarily affirm the trial court's final judgment because the Tenants have not provided a transcript of the non-jury trial proceedings and, thus, have failed to bring a proper record for this court's review. See Fla. R. App. P. 9.315(a). As the Tenants have failed to meet their responsibility to ensure that a record adequate to permit resolution of the issues raised on appeal be prepared and transmitted to the appellate court, the Tenants fail to meet their burden of establishing reversible error to overcome the presumption of correctness afforded to the trial court's decision. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) (it is the duty of the appellant to bring before the appellate court a record which is adequate to support his or her appeal); Gaspard v. Innocent, 389 So. 3d 638, 639 (Fla. 3d DCA 2023) (holding that affirmance is required where there is no transcript or proper substitute and no fundamental error on the face of the order appealed).

Affirmed.